IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KENNETH R. KELLY                                                                                    PLAINTIFF

v.                                         3:20-cv-00204-JM-JJV

STATE OF ARKANSAS, *et al*.                                                                  DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 21st day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE